UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WILBANKS, | No. 2:21-cv-0026 KJM KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING |
| T. TAPPEN, | LIMITED PURPOSE COUNSEL |
| Defendant. | |

     Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. The court found the appointment of counsel for plaintiff warranted for the limited purpose of completing discovery. (ECF No. 42.) Counsel will have the option to continue representation after discovery is completed. Todd E. Jones has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

     Accordingly, IT IS HEREBY ORDERED that:

1. Todd E. Jones is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of completing discovery.
2. Todd E. Jones's appointment will terminate upon the expiration of the discovery deadline. Prior to the termination of the appointment, the court will accord counsel the option of

1

proceeding as plaintiff's appointed counsel.  If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Todd E. Jones, Law Office of Todd E. Jones, 37 Main St., P. O. Box 852, San Andreas, CA 95249.

Dated:  December 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sjp/cw/wilb0026.31b