UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WILBANKS, | No. 2:21-cv-0026 KJM KJN P |
| Plaintiff, | |
| v. | ORDER GRANTING WITHDRAWAL, APPOINTING LIMITED PURPOSE COUNSEL, AND REVISED SCHEDULING ORDER |
| T. TAPPEN, | |
| Defendant. | |

Plaintiff is a state prisoner, who proceeds through limited purpose appointed counsel with a civil rights action under 42 U.S.C. § 1983.  On March 26, 2023, plaintiff's counsel Todd E. Jones filed a motion to withdraw as plaintiff's limited purpose attorney due to a recent change in employment.  (ECF No. 47.)  The court previously found the appointment of counsel for plaintiff warranted for the limited purpose of completing discovery.  (ECF No. 42.)

Good cause appearing, the motion to withdraw is granted, and the court appoints new limited purpose counsel for plaintiff.  Benjamin J. Codog III and Bryan L. Hawkins have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.  Counsel will be provided the option to continue representation of plaintiff after discovery is completed.

On March 26, 2023, counsel also submitted a stipulation to continue the deadlines for responding to and completing discovery, and asked that the dispositive motions deadline be

vacated to be reset after plaintiff has obtained new counsel and discovery is completed. (ECF No. 48.) In light of this appointment, the court revises the scheduling order as follows. Plaintiff is granted sixty days in which to respond to outstanding discovery requests. Discovery shall close on August 4, 2023. The pretrial motions deadline is extended to November 6, 2023. In all other respects, the December 27, 2022 discovery and scheduling order remains in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. Todd E. Jones' motion to withdraw (ECF No. 47) is granted.

2. Benjamin J. Codog III and Bryan L. Hawkins are appointed as limited purpose counsel for plaintiff in the above-entitled matter. Such appointment is for the limited purpose of completing discovery.

3. Such appointment will terminate upon the expiration of the discovery deadline. Prior to the termination of the appointment, the court will provide counsel the option of proceeding as plaintiff's appointed counsel. If counsel do not wish to continue representation of plaintiff after they have carried out this limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Benjamin J. Codog III and Bryan L. Hawkins, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

6. The March 26, 2023 stipulation (ECF No. 48) is partially granted.

7. Plaintiff is granted sixty days from the date of this order in which to respond to outstanding discovery requests.

8. The discovery deadline is extended to August 4, 2023. The pretrial motions deadline is extended to November 6, 2023. In all other respects, the December 27, 2022 discovery and scheduling order (ECF No. 44) remains in effect.

Dated: April 10, 2023

/wilb0026.wd.31c.41r

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE