BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
BENJAMIN J. CODOG, III, Bar No. 307034
ben.codog@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiff JONATHAN WILBANKS*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN WILBANKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. TAPPEN,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00026 KJM KJN<br><br>**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND SPECIAL INTERROGATORIES, SET ONE; PROPOSED ORDER** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY

-1-

2:21-CV-00026 KJM KJN

119842905.1 0099880-01489

On April 10, 2023, the Court Ordered that Plaintiff had sixty (60) days to respond to outstanding discovery requests. Plaintiff's newly appointed counsel has experienced difficulty communicating with Plaintiff due to his incarceration. This has prevented Plaintiff's counsel from being able to ascertain responses to outstanding discovery requests.

Therefore, Plaintiff and Defendant hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's outstanding discovery requests and produce documents to June 26, 2023. This extension is intended to allow Plaintiff to provide clear and complete responses and production, and to avoid any needless motions.

DATED: June 7, 2023                     STOEL RIVES LLP

/s/ Benjamin J. Codog, III
BRYAN L. HAWKINS
BENJAMIN J. CODOG, III

*Attorneys (limited scope) for Plaintiff*
JONATHAN WILBANKS

DATED: June 7, 2023                     ATTORNEY GENERAL OF CALIFORNIA

/s/ Juliet Lompa (via email 06/07/23)
JULIET LOMPA
Deputy Attorney General

*Attorneys for Defendant T. TAPPAN*

**ORDER**

Plaintiff is granted a further extension of time to respond to Defendant's outstanding discovery requests and produce documents to June 26, 2023.

IT IS SO ORDERED.

Dated: June 13, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wilb0026.eot