UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WILBANKS,<br><br>Plaintiff,<br><br>v.<br><br>T. TAPPAN, et al.,<br><br>Defendants. | No. 2:21-cv-00026 KJM CSK P<br><br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On June 25, 2024, the magistrate judge filed findings and recommendations, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed belated objections. ECF No. 68. Defendant Tappan filed a response to the objections, addressing the substance of the objections in addition to requesting that they be stricken. ECF No. 69. In the interest of resolving the matter on the merits, the court has considered both the objections and defendant's response.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the record as applicable to the motion addressed by the

1

findings and recommendations.  Having reviewed the file, including all of the videorecordings of the prison yard at the time of the incident underlying plaintiff's claims, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  While plaintiff's objections say there is video to "contradict the defendants points of view," ECF No. 68 at 1, the court's review of the videos in the record has not identified any contradiction or any images inconsistent with the magistrate judge's core findings and recommendations regarding summary judgment.  The court adopts the findings and recommendations to that extent, without the need to reach the question of qualified immunity.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations, *see* ECF No. 67, are adopted except for the section on qualified immunity on pages 20 to 21;

    2. Defendant's motion for summary judgment, *see* ECF No. 58, is granted; and

    3. The Clerk of Court is directed to **close** this case,

DATED:  November 13, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE